**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 02-2125**

---

In Re:  BOURY, INCORPORATED,

                                                    Debtor.

---

ORMET CORPORATION,

                                    Plaintiff - Appellee,

          versus

GEORGE BOURY; MICHAEL BOURY; NANCY E. BOURY;
PEARL  W.  BOURY;  BOURY,  INCORPORATED;  808
CORPORATION;   TJR,   INCORPORATED;   BOURY
ENTERPRISES; BOURY ENTERPRISES, INCORPORATED,

                                    Defendants - Appellants,

          and

WHEELING INN, INCORPORATED,

                                                    Defendant.

---

Appeal  from  the  United  States  District  Court  for  the  Northern
District of West Virginia, at Wheeling.  Frederick P. Stamp, Jr.,
District Judge.  (CA-01-134-5, BK-01-51663, AP-01-5175)

---

Submitted:  March 20, 2003          Decided:  March 25, 2003

---

Before WILLIAMS and TRAXLER, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

———————————

David Wyant, BAILEY & WYANT, Wheeling, West Virginia; Richard T. Ricketts, RICKETTS, CO., L.P.A., Columbus, Ohio; Ray Byrd, SCHRADER BYRD, Wheeling, West Virginia, for Appellants. Kimberly Luff Wakim, Robert L. Burns, Jr., THORP, REED & ARMSTRONG, L.L.P., Pittsburgh, Pennsylvania, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellants appeal from the district court's order affirming the bankruptcy court's order granting Appellee relief from the automatic stay to pursue a state court action. We have reviewed the parties' briefs and the record on appeal and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Boury, Inc. v. Ormet, Nos. CA-01-134-5, BK-01-51663, AP-01-5175 (N.D.W. Va. Aug. 23, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED